UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**
Kevin G. McDonald
Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Toyota Motor Credit Corporation

Order Filed on August 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
    Vicki E. Kurinsky
                DEBTOR
    Jerry B. Max
                CO-DEBTOR

Case No.: 18-21968
Chapter: 13
Judge: Michael B. Kaplan

Recommended Local Form ☐ Followed ☐ Modified

# ORDER VACATING STAY & CO-DEBTOR STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: August 7, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Toyota Motor Credit Corporation</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐    Real Property More Fully Described as:

■    Personal Property More Fully Describes as: **2016 TOYOTA RAV4 , VIN:JTMBFREV9GJ081665,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Vicki E. Kurinsky  
    Debtor

Case No. 18-21968-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Aug 08, 2019  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2019.  
db          Vicki E. Kurinsky,    149 Patriots Path,    Monroe, NJ    08831-2385

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2019 at the address(es) listed below:  
       Albert    Russo     docs@russotrustee.com  
       Kevin Gordon McDonald     on behalf of Creditor    Toyota Motor Credit Corporation  
        kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       Kurt E. Reinheimer     on behalf of Debtor Vicki E. Kurinsky kerrein66@comcast.net,  
        G1659@notify.cincompass.com  
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                    TOTAL: 4